☉AO 154 (10.03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

DENNIS R. MACKEY

        Plaintiff (s),

V.

SHOLES OVERHEAD DOOR, INC., et al.

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 15-01524 PJH

Notice is hereby given that, subject to approval by the court, __Sholes Overhead Door, Inc.__ (Party (s) Name) substitutes __CHRISTOPHER J. BEEMAN__ (Name of New Attorney), State Bar No. __121194__ as counsel of record in place of __JAMES D. BIERNAT and LISA L. PAN__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name:    Clapp Moroney Vucinich Beeman Scheley
    Address:    1111 Bayhill Drive, San Bruno, CA 94066
    Telephone:    (650) 989-5400    Facsimile    (650) 989-5499
    E-Mail (Optional):    jvucinich@clappmoroney.com

I consent to the above substitution.
Date: 2/24/16

*[signature]* Amanda Johnson for Sholes Overhead Door, Inc.
(Signature of Party (s))

I consent to being substituted.
Date: 2/22/2016

*[signature]* JAMES D. BIERNAT
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/24/16

*[signature]*
(Signature of New Attorney)
JEFFREY M. VUCINICH, ESQ ( SB# 67906)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/3/16

**IT IS SO ORDERED**
*[signature]*
Judge Phyllis J. Hamilton

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

**DENNIS R. MACKEY v. SHOLES OVERHEAD DOOR, INC., et al.**
U.S. District Court, Northern District of California Case No. 4:15-cv-01524-PJH

**PROOF OF SERVICE - Civil**
[*Code of Civ. Proc. §§ 1011, 1013, 1031a, 2015.5*]

**METHOD OF SERVICE:**

☐ **By Personal Service**   ☒ **By Mail**   ☐ **By Overnight Delivery**
☐ **By Messenger Service**   ☐ **By Facsimile**   ☒ **By E-Mail/Electronic Transmission**

1. I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action.

2. My place of employment is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066.

3. On the date set forth below, I caused to be served a true and correct copy of the document described as:

   **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

4. I served the document on the persons below, as follows:

| | |
|---|---|
| Dennis H. Black, Esq.<br>Black, Chapman, Webber & Stevens<br>Attorneys at Law<br>221 Stewart Avenue, Suite 209<br>Medford, OR 97501<br>Tel: (541) 772-9850<br>Fax: (541) 779-7430<br>email: black@blackchapman.com<br>email: litigation@blackchapman.com<br>***Attorneys for Plaintiff DENNIS R. MACKEY*** | John Vrieze, Esq.<br>Mitchell, Brisso, Delaney & Vrieze<br>814 7th Street<br>P.O. Drawer 1008<br>Eureka, CA 95502<br>Tel: (707) 443-5643<br>Fax: (707) 444-9586<br>email: jvrieze@mitchelllawfirm.com<br>***Attorneys for Defendants FRANCIS DUTRA and DOROTHY DUTRA dba COMMERCIAL RENTALS*** |
| Ninh H. Hoang, Esq.<br>Gibson & Sharps, PSC<br>2415 San Ramon Valley Blvd., Suite 4416<br>San Ramon, CA 94583<br>Tel: (800) 425-0967<br>Fax: (800) 944-5179<br>email: mnh@gibsonsharps.com<br>***Attorneys for Lien Claimant ALSCO, INC.*** | |

5. The document was served by the following means (specify):

   a.   ☐   **BY PERSONAL SERVICE.** I personally delivered the documents to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

F:\Data\DOCS\9548\04600\POS (Sub of Atty)

    b.   ☒   **BY UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

      (1)   ☐   deposited the sealed envelope with the United States Postal Services, with the postage fully prepaid.

      (2)   ☒   placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am resident or employed in the County where the mailing occurred. The envelope or package was placed in the mail at San Bruno, California, County of San Mateo.

    c.   ☐   **BY OVERNIGHT DELIVERY.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    d.   ☐   **BY MESSENGER SERVICE.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service.

    e.   ☐   **BY FAX TRANSMISSION.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

    f.   ☒   **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒   **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐   **(Federal)** I declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2016, at San Bruno, California.

                                                                         /s/ Claudia Gomez
                                                                         Claudia Gomez